IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BRANDON LANGSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 322-020 |
| ) | |
| JERMAINE WHITE, Warden; ) | |
| MR. SKIPPER, Sergeant; ) | |
| MS. RUMPH, Sergeant; and ) | |
| MR. DANIELS, Correctional Officer, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 22nd day of June, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE